UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1580(DSD/JMM)

The Pillsbury Company,

Plaintiff,

v.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Lloyd's of London,

Defendant.

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Master List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: July 5, 2000

David S. Doty, Judge
U.S. District Court

FILED 7-5-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____
Deputy Clerk's Initials JK

(3)

Date: July 13, 2000 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:00-cv-01580 Pillsbury Company v. Lloyd's of London

---

DOCKET ENTRY

---

Disqualification and ORDER For Reassignment (Judge David S. Doty) Case reassigned to Judge Richard H. Kyle. Case number remains the same except for initials (00-1580 RHK/JMM). 1pg(s) (cc: all counsel)

Hon. Richard H Kyle, Judge

THIS NOTICE SENT TO ALL COUNSEL