UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

The Pillsbury Company,

Plaintiff,

vs.

Certain Underwriters at Lloyd's London and Reliance Insurance Company,

Defendants.

Civil File No.: 00-1580 RHK/JMM

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

---

**IT IS STIPULATED** by the parties, through their undersigned attorneys, that the time within which Defendants shall answer, move or otherwise respond to the Amended Complaint be extended to ~~November 2, 2000~~ October 17, 2000 JMM.

Dated: September 28, 2000

Bradley M. Jones, SB # 52413
*Attorney for Defendant Reliance Insurance Company*
MEAGHER & GEER, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
(612) 338-0661

Of Counsel

Richard S. Mills
PISANO MILLS & ISGARD LLP
65 Broadway
Suite 1805
New York, NY 10006
(212) 430-6377

FILED OCT 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: September 28, 2000

Jerry W. Snider, SB #102945
Deborah A. Ellingboe, SB # 26216X
*Attorneys for Plaintiff*
FAEGRE & BENSON, LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

---

The Pillsbury Company,

Plaintiff,

vs.

Certain Underwriters at Lloyd's London and Reliance Insurance Company,

Defendants.

Civil File No.: 00-1580 RHK/JMM

**ORDER**

---

Based upon the Stipulation of the Parties, it is hereby ORDERED that the deadline for Defendants to answer, move or otherwise respond to Plaintiff's Amended Complaint is hereby extended to ~~November 2, 2000.~~ October 17, 2000

Dated: 10/3/00

Honorable John M. Mason
United States Magistrate Judge

834442