**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Pillsbury Company,

Plaintiff,

v.

Certain Underwriters at Lloyd's, London and Reliance Insurance Company,

Defendants.

Civil File No. 00-1580 RHK/JMM

**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER**

Based on the pleadings and proceedings of this case and upon the motion of the Defendant Certain Underwriters at Lloyd's, London to file its Amended Answer, it is ordered pursuant to Minn. R. Civ. P. 15 that Defendant Certain Underwriters at Lloyd's, London is given leave to file its Amended Answer within five days from the date of this Order and that a copy of the Amended Answer be served forthwith upon the Plaintiffs by United States mail.

Dated: November 27, 2000

Judge of the United States District Court

YANGJO-189651v1
LL105-1

FILED NOV 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK