**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

The Pillsbury Company,

Plaintiff,

v.

Certain Underwriters at Lloyd's London and Reliance Insurance Company,

Defendants.

---

Civil File No.: 00-1580 RHK/JMM

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, The Pillsbury Company, and Defendant, Reliance Insurance Company, that the within action be, and the same hereby is, dismissed with prejudice as against Reliance Insurance Company, and its successor in interest, Reliance Insurance Company in Receivership.

Dated: August 9, 2001

PISANO MILLS & ISGARD LLP

By: ________________________
Richard S. Mills (Admitted *pro hac vice*)
65 Broadway - Suite 1805
New York, New York 10006
Ph. 212.430.6377 Fax. 212.430.6378

MEAGHER & GEER, PLLP
Bradley M. Jones (#52413)
4200 Multifoods Tower
33 S.6th Street
Minneapolis, MN 55402
Attorneys for Reliance Insurance Co.

FAEGRE & BENSON LLP

By: ________________________
Jerry W. Snider (#102945)
Deborah A. Ellingboe (#26216X)
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Ph. 612.766.7000 Fax. 612.766.1600
Attorneys for Plaintiff

SO ORDERED:

Dated: 8/9/01

________________________
RICHARD H. KYLE
United States District Judge

FILED AUG - 9 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500