UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Pillsbury Company,

Plaintiff,

v.

Certain Underwriters at Lloyd's London and Reliance Insurance Company,

Defendants.

Civil File No.: 00-1580 RHK/JMM

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, The Pillsbury Company, and Defendant, Certain Underwriters at Lloyd's London, that the within action be, and the same hereby is, dismissed with prejudice as against Certain Underwriters at Lloyd's London.

Dated: September 17, 2001

LAW OFFICES OF NEAL R. NOVAK, LTD.

By: [signature]
Neal R. Novak (Admitted *pro hac vice*)
33 North LaSalle Street
Suite 1900
Ph. 312.425.2500 Fax. 312.425.2525

KENNEDY & GRAVEN
Joe Yang (#254939)
470 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
Attorneys for Certain Underwriters at Lloyd's London

FAEGRE & BENSON LLP

By: [signature]
Jerry W. Snider (#102945)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Ph. 612.766.7000 Fax. 612.766.1600
Attorneys for Plaintiff

SO ORDERED:

Dated: 9/21/01

[signature]
RICHARD H. KYLE
United States District Judge

FILED SEP 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______